DOA
03/23/22

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br><br>Marissa Renee CAZARES,<br>U.S. Citizen<br><br>*Defendant(s)* | Case No.  22-9074 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 23, 2022, at near Florence, Pinal County, Arizona, in the District of Arizona, MARISSA RENEE CAZARES, knowing and in reckless disregard of the fact that a certain alien, namely: Jeovani Hernandez-Bravo, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) (Felony).

This criminal complaint is based on these facts:

See Attached Statement of Probable Cause, Incorporated by Reference Herein

☒ Continued on the attached sheet.

*signature*

Reviewed by AUSA Louie Uhl for
AUSA Genevieve Ozark

**DEREK D PATT**
Digitally signed by DEREK D PATT
Date: 2022.03.24 06:50:35 -07'00'

*Complainant's signature*

Derek D. Patt, Border Patrol Agent

*Printed name and title*

Telephonically
Sworn to before me and signed in my presence.

Date:  3/24/2022@9:11am

City and state:  Phoenix, Arizona

*ESWillett*

*Judge's signature*

Honorable Eileen S. Willett, U.S. Magistrate Judge

*Printed name and title*

**STATEMENT OF PROBABLE CAUSE**

I, Derek D. Patt, being duly sworn, declare and state as follows:

1. Your affiant is a Border Patrol Agent with United States Border Patrol, United States Customs and Border Protection, currently assigned to the Casa Grande Border Patrol Station Prosecution Unit. I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other Border Patrol agents and law enforcement personnel involved.

2. On March 23, 2022, at approximately 8:00 AM., Florence Police Department Officer Grajeda (Badge #1108) conducted a vehicle stop of a black 2010 GMC Sierra on Interstate 79 near mile marker 138, near Florence, Pinal County, within the District of Arizona, for the offense of speeding; the vehicle was traveling four miles over the speed limit, at 49 miles per hour (mph) on a posted speed limit of 45mph. The driver was later identified as Marissa Renee CAZARES. In CAZARES' vehicle were also two adult male passengers, suspected of being aliens and unlawfully present in the United States. Per standard operating procedure, Border Patrol agents from Tucson Sector, Casa Grande station were summoned to the scene.

3. Border Patrol Agents (BPA) Freddy T-Power and Sarah Fast responded to the scene at approximately 9:30 A.M. and conducted an immigration inspection of all the GMC's occupants. The agents determined that CAZARES, the driver, was a United States citizen. The remaining two passengers (identified as Jeovani Hernandez-Bravo and Cristo Rey Perez-Salas) were determined to be citizens and nationals of Mexico, with no permission or immigration documents allowing them to lawfully enter or remain in the United States. All three of the vehicle's occupants were arrested and transported to the Casa Grande Border Patrol Station for further processing and investigation.

4. At the Casa Grande Border Patrol station, BPA Intelligence Agent Stephanie Rogers read CAZARES her *Miranda* Rights via the standard form I-214 at 12:08 PM. CAZARES refused to sign the I-214 form and invoked her right to remain silent. All questioning ceased. Per standard operating procedure, agents filled out a standard TCA Field

Processing Form (an inventory form) in the field, asking CAZARES if she had any cash on her person. CAZARES provided $5,721.00 dollars in United States currency to agents, claiming that the cash was the proceeds of her tax return. The cash was seized by agents. CAZARES also had two cell phones in her possession, and both were seized by agents.

5. Also at the Casa Grande Border Patrol station, agents conducted an interview of Jeovani Hernandez-Bravo. Hernandez-Bravo is a citizen and national of Mexico who admitted to illegally entering the United States, claiming that the instant occasion was his first attempt to do so. Hernandez-Bravo claimed to have paid between 15,000-20,000 Mexican Pesos in Altar, Sonora, Mexico, and was going to pay an additional 80,000-90,000 Mexican Pesos upon arrival at his final destination of Florida. Hernandez-Bravo stated that he crossed the Mexico-United States international boundary fence with friends about a week prior, with the assistance of a foot guide, claiming that after the group walked a short distance, a vehicle would pick them up for further transport into the United States. Hernandez-Bravo described the vehicle next to the road as a large black two door car, matching the description of the vehicle in which he was ultimately encountered. Hernandez-Bravo also identified CAZARES as the driver, and added that CAZARES was the only occupant in the vehicle as Hernandez-Bravo boarded it. Hernandez-Bravo described the driver as a heavy-set white female and said that he told her that his destination was Florida. Hernandez-Bravo added that CAZARES stated in Spanish that she would take him to Florida. Hernandez-Bravo told agents that CAZARES had a cell phone in her hand when he boarded her vehicle and that she used it while she was driving. Hernandez-Bravo claimed that he was in CAZARES' vehicle for about two hours when the vehicle was pulled over by law enforcement. Agents showed Hernandez-Bravo a six-pack photographic line-up containing the photos of six different individuals, with a number corresponding to each photograph. Hernandez-Bravo positively identified CAZARES as the driver who picked him up and was driving at the time of arrest.

6. Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendant, Marissa Renee CAZARES, knowing or in reckless

disregard of the fact that a certain alien, namely: Jeovani Hernandez-Bravo, had come to, entered, or remained in the United States in violation of law, did knowingly transport or move said alien within the United States by means of transportation or otherwise, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

7. This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer the oath for this purpose.

DEREK D PATT
Digitally signed by DEREK D PATT
Date: 2022.03.24 06:51:01 -07'00'

Derek D. Patt
Border Patrol Agent
United States Border Patrol

Telephonically sworn to and subscribed this 24th day of March, 2022.

*ESWillett*

HONORABLE Eileen S. Willett
United States Magistrate Judge